IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **No. C 09-03814 RS** |
| Plaintiffs, | **ORDER RE MOTION TO ENLARGE TIME** |
| v. | |
| SWISH MARKETING, INC., et al, | |
| Defendants. | |

The hearing presently set for December 16, 2009 in this matter is intended to address the question of whether this litigation should go forward under a normal schedule or whether it should instead be deferred, either for a short period of time or indefinitely, pending developments in, or possibly resolution of, the litigation between the parties in the District Court for the District of Columbia. Because the issues presented appeared more involved than those ordinarily resolved on a Rule 6-3 motion, the Court set a hearing date and a schedule for further briefing. Doing so necessarily results in some delay in these proceedings, but should the Court ultimately conclude that this case should proceed without regard to the status of the DC proceeding, there will have been less

delay than if the open-ended extension requested by defendants had been granted.  Pending further order, defendants need not file a response to the complaint.

IT IS SO ORDERED.

Dated: 11/12/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE