| | |
|---|---|
| 1 | MICHAEL L. MALLOW (SBN 188745) |
| | mmallow@loeb.com |
| 2 | MICHAEL THURMAN (SBN 123303) |
| | mthurman@loeb.com |
| 3 | LOEB & LOEB LLP |
| | 10100 Santa Monica Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90067-4120 |
| | Telephone: 310-282-2000 |
| 5 | Facsimile: 310-282-2200 |

*E-Filed 12/7/09*

Attorneys for Defendants
SWISH MARKETING, INC. and
MATTHEW PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

SWISH MARKETING, INC., a corporation, MARK BENNING, individually and as an officer of SWISH MARKETING, INC., MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,

    Defendants.

Case No. C09 03814 RS

Date: January 13, 2010
Time: 9:30 a.m.
Ctrm: 4, 5th Floor

**STIPULATION AND ORDER RE CHANGE OF HEARING DATE FOR DEFENDANTS' MOTION TO STRIKE**

LA1914305.1
213782-10001

Pursuant to Local Rule 6-2(a), the parties to this action hereby stipulate that, with the leave of the Court, the hearing on Defendants' Motion to Strike, which was previously scheduled for January 6, 2009, be changed to January 13, 2010, at 9:30 a.m. in Courtroom 4 on the Fifth Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, California. The parties further agree and stipulate that the existing deadlines for the filing and service of the opposition papers (which are due by December 16, 2009) and the reply papers (which are due by December 23, 2009) shall not be changed as a result of this change of hearing date.

SO STIPULATED.

Dated: December 4, 2009                LOEB & LOEB LLP

                                       By:         /s/
                                       Michael L. Mallow
                                       Michael A. Thurman

                                       Attorneys for Plaintiffs
                                       Swish MARKETING, INC. AND
                                       MATTHEW PATTERSON

Dated: December 4, 2009                NORTHRUP SCHLUETER, APLC

                                       By:         /s/
                                       Linda L. Northrup
                                       Attorneys for Plaintiff JASON STROBER

Dated: December 4, 2009                BERGESON, LLP


                                       By:         /s/
                                       Daniel J. Bergeson
                                       Elizabeth D. Lear
                                       Donald P. Gagliardi
                                       Attorneys for Defendant MARK BENNING

Dated: December 4, 2009                FEDERAL TRADE COMMISSION

                                       By:         /s/
                                       Lisa D. Rosenthal
                                       Kerry O'Brien
                                       Evan Rose
                                       Attorneys for Plaintiff
                                       FEDERAL TRADE COMMISSION

## ORDER

Pursuant to the Stipulation by all parties in this action, the hearing on Defendants' Motion to Strike, which was previously scheduled for January 6, 2009, shall be changed to January 13, 2010, at 9:30 a.m. Any opposition papers shall be filed and served by December 16, 2009 and any reply papers shall be filed and served by December 23, 2009.

SO ORDERED.

Dated: December 4, 2009

_____
Hon. Richard G. Seeborg
United States Magistrate Judge