MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
MICHAEL THURMAN (SBN 123303)
mthurman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

*E-Filed 12/7/09*

Attorneys for Defendants
SWISH MARKETING, INC. and
MATTHEW PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SWISH MARKETING, INC., a corporation, MARK BENNING, individually and as an officer of SWISH MARKETING, INC., MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,<br><br>Defendants. | Case No. C09 03814 RS<br><br>Date: January 13, 2010<br>Time: 9:30 a.m.<br>Ctrm: 4, 5th Floor<br><br>**STIPULATION AND ORDER RE CHANGE OF HEARING DATE FOR DEFENDANTS' MOTION TO STRIKE** |

LA1914305.1
213782-10001

1  Pursuant to Local Rule 6-2(a), the parties to this action hereby stipulate that,
2  with the leave of the Court, the hearing on Defendants' Motion to Strike, which was
3  previously scheduled for January 6, 2009, be changed to January 13, 2010, at 9:30
4  a.m. in Courtroom 4 on the Fifth Floor of the above-entitled Court, located at 280
5  South 1st Street, San Jose, California. The parties further agree and stipulate that the
6  existing deadlines for the filing and service of the opposition papers (which are due
7  by December 16, 2009) and the reply papers (which are due by December 23, 2009)
8  shall not be changed as a result of this change of hearing date.
9  SO STIPULATED.
10
11 Dated: December 4, 2009          LOEB & LOEB LLP

12                                  By: ____/s/_____
                                    Michael L. Mallow
13                                  Michael A. Thurman

14                                  Attorneys for Plaintiffs
                                    Swish MARKETING, INC. AND
15                                  MATTHEW PATTERSON

16 Dated: December 4, 2009          NORTHRUP SCHLUETER, APLC

17                                  By: ____/s/_____
                                    Linda L. Northrup
18                                  Attorneys for Plaintiff JASON STROBER

19
20 Dated: December 4, 2009          BERGESON, LLP

21                                  By: ____/s/_____
                                    Daniel J. Bergeson
22                                  Elizabeth D. Lear
                                    Donald P. Gagliardi
23                                  Attorneys for Defendant MARK BENNING

24 Dated: December 4, 2009          FEDERAL TRADE COMMISSION

25                                  By: ____/s/_____
                                    Lisa D. Rosenthal
26                                  Kerry O'Brien
                                    Evan Rose
27                                  Attorneys for Plaintiff
                                    FEDERAL TRADE COMMISSION
28

## ORDER

Pursuant to the Stipulation by all parties in this action, the hearing on Defendants' Motion to Strike, which was previously scheduled for January 6, 2009, shall be changed to January 13, 2010, at 9:30 a.m. Any opposition papers shall be filed and served by December 16, 2009 and any reply papers shall be filed and served by December 23, 2009.

SO ORDERED.

Dated: December 4, 2009

_____
Hon. Richard G. Seeborg
United States Magistrate Judge