***E-Filed 12/22/09*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>SWISH MARKETING, INC. a Corporation; MARK BENNING, individually and as an officer of SWISH MARKETING, INC.; MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC.; and JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,<br><br>    Defendants.<br>_____/<br>FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRTUALWORKS, LLC, a limited liability company, a/k/a Virtual Works, f/k/a Private Date Finder, also d/b/a EverPrivate Card and Secret Cash Card, JEROME "JERRY" KLEIN, individually and as an officer of VIRTUALWORKS, LLC; and JOSHUA FINER, individually and as an officer of VIRTUALWORKS, LLC,<br><br>    Defendants.<br>_____/ | No. C 09-03814 RS<br>     C 09-03815 RS<br><br>**CLERK'S NOTICE** |

**United States District Court**
For the Northern District of California

TO ALL PARTIES AND COUNSEL OF RECORD:

In the case of *FTC v. Swish Marketing, Inc., et al.*, C 09-03814 RS, the hearing on defendants' motion to strike (Dkt. No. 34) is continued from January 13, 2010, to **February 10, 2010, at 9:30 a.m.**, to be heard contemporaneously with defendants' motion to dismiss (Dkt. No. 41). The case management conference, currently scheduled for February 10, 2010, is continued to **March 31, 2010, at 2:30 p.m.**

A case management conference in *FTC v. VirtualWorks, LLC, et al.*, C 09-03815 RS, will also be held on **March 31, 2010, at 2:30 p.m.**

All hearings and conferences shall take place before Magistrate Judge Richard Seeborg in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California.

Dated:      12/22/09

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
          Courtroom Deputy Clerk