1  BRIAN M. GROSSMAN (SBN 166681)
   TESSER & RUTTENBERG
2  12100 Wilshire Blvd., Suite 220
   Los Angeles, California 90025
3  Tel:   (310) 207-4022
   Fax:   (310) 207-4033
4  Email: bgrossman@tesser-ruttenberg.com

5  Attorneys for Defendants
   SWISH MARKETING, INC.,
6  MATTHEW PATTERSON and JASON STROBER

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | FEDERAL TRADE COMMISSION,        )  Case No.: C09 03814 RS
                                      )
13 |          Plaintiffs,              )
                                      )
14 |     vs.                           )  **NOTICE OF ASSOCIATION OF**
                                      )  **COUNSEL**
15 | SWISH MARKETING, INC., a corporation,)
     MARK BENNING, individually and as an )
16 | officer of SWISH MARKETING, INC.,    )
     MATTHEW PATTERSON, individually      )
17 | and as an officer of SWISH MARKETING,)
     INC., and JASON STROBER, individually)
18 | and as an officer of SWISH MARKETING,)
     INC.,                                )
19 |                                      )
              Defendants.                 )
20                                        )
                                          )
21

---

**NOTICE OF ASSOCIATION OF COUNSEL (Case No. C09 03814 RS)**

1 | **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2 PLEASE TAKE NOTICE that the law offices of Tesser & Ruttenberg hereby associates with

3 the law offices of Loeb & Loeb LLP as counsel of record for defendants Swish Marketing, Inc. and

4 Matthew Patterson, and also associates with the law offices of Northrup & Schlueter, APLC as

5 counsel of record for defendant Jason Strober.

7 DATED: December 18, 2009                    TESSER & RUTTENBERG
                                              BRIAN M. GROSSMAN

10                                            /s/
                                              BRIAN M. GROSSMAN
                                              Attorney for Defendants
11                                            SWISH MARKETING, INC.,
                                              MATTHEW PATTERSON and JASON STROBER

13 DATED: December 29, 2009                   LOEB & LOEB LLP
                                              MICHAEL THURMAN
14                                            MICHAEL L. MALLOW

                                              MICHAEL THURMAN
17                                            Attorney for Defendants
                                              SWISH MARKETING, INC. and
18                                            MATTHEW PATTERSON

20 DATED: December 28, 2009                   NORTHRUP & SCHLUETER, APLC
                                              LINDA L. NORTHRUP

                                              LINDA L. NORTHRUP
                                              Attorney for Defendant
24                                            JASON STROBER

---

NOTICE OF ASSOCIATION OF COUNSEL
- 1 -