**\*E-Filed 01/20/2010\***

1   WILLARD K. TOM
    General Counsel
2
    LISA D. ROSENTHAL, Bar # 179486
3   KERRY O'BRIEN, Bar # 149264
    EVAN ROSE, Bar # 253478
4   Federal Trade Commission
    901 Market Street, Ste. 570
5   San Francisco, CA  94103
    (415) 848-5100 (voice)
6   (415) 848-5184 (fax)
    lrosenthal@ftc.gov
7   kobrien@ftc.gov
    erose@ftc.gov
8
    Attorneys for Plaintiff
9   Federal Trade Commission

10

11              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
12                  San Jose Division

13

14  FEDERAL TRADE COMMISSION,           Case No. C09-03814 RS

15          Plaintiff,                   Hearing Date:    TBD
                                         Hearing Time:    TBD
16      v.                               Courtroom:       4, 5th Floor

17  SWISH MARKETING, INC., a
    corporation,
18
    MARK BENNING, individually and as an   **STIPULATED MOTION TO**
19  officer of SWISH MARKETING, INC.,      **REVISE INITIAL SCHEDULE;**
                                           **DECLARATION OF BRIAN M.**
20  MATTHEW PATTERSON, individually        **GROSSMAN IN SUPPORT**
    and as an officer of SWISH
21  MARKETING, INC., and

22
    JASON STROBER, individually and as
23  an officer of SWISH MARKETING,
    INC.,
24
25          Defendants.

26

27

28

**Motion to Revise Initial Schedule - C09-03814 RS**

## I.   INTRODUCTION

On November 23, 2009, pursuant to a joint motion to revise the initial schedule for this matter, the Court entered an order (Dkt. #27), which, among other things, set (1) January 21, 2010, as the last day to meet and confer regarding initial disclosures, early settlement, and a discovery plan; (2) February 4, 2010 as the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and to file a Case Management Statement; and (3) February 10, 2010 as the date for the Initial Case Management Conference.  Since the Court entered that order, Defendants Swish Marketing Inc., LLC, Matthew Patterson, and Jason Strober have moved to strike certain portions of the Federal Trade Commission's ("FTC" or "Commission") Complaint (Dkt. #34), and Defendant Mark Benning has moved to have the Complaint dismissed (Dkt. #41).  The Court in turn has entered an order (Dkt. #46), which sets February 10, 2010, as the date on which it will hear argument on these motions, and sets March 31, 2010, as the new date for the Initial Case Management Conference.

Accordingly, the current deadlines to meet and confer regarding initial disclosures and discovery and to complete initial disclosures and to file a Case Management Statement will take place before the Court makes a determination regarding the defendants' pending motions and before the defendants have filed their answers to the Complaint.  The parties believe that it will be difficult to comply with these initial deadlines before learning how the Court will rule on the defendants' motions and before the defendants submit their answers to the Complaint.  Thus, the parties respectfully request that these initial deadlines be extended, to be in line with the Initial Case Management Conference set for March 31, 2010. The proposed schedule is set forth below.

## II.   PROCEDURAL HISTORY

The FTC filed the Complaint (Dkt. #1) in this matter on August 19, 2009.  On the same day, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4), which set November 25, 2009, as the deadline for the parties to meet

**Motion to Revise Initial Schedule - C09-03814 RS**                    **Page 2 of 9**

1  and confer about initial disclosures, early settlement, and a discovery plan, and to reach an

2  agreement regarding ADR; December 9, 2009, as the deadline for the parties to file the Rule

3  26(f) Report, complete initial disclosures, and file a Case Management Statement; and

4  December 16, 2009, as the date for the Initial Case Management Conference.

5      Defendants' initial deadline to respond to the Complaint was October 19, 2009.  On

6  October 8, 2009, the parties agreed to extend that deadline until November 19, 2009.  (Dkt.

7  #17.)  On November 4, 2009, Defendants filed a Motion to Enlarge Time to Respond to the

8  Complaint [L.R. 6-1(B) and 6-3] (Dkt. #19), which the FTC opposed (Dkt. #20).

9  Defendants' motion sought to enlarge the deadline for responding to the FTC Complaint until

10  three weeks after the D.C. District Court ruled on a pending motion filed by the FTC to

11  dismiss an action for declaratory relief that certain defendants had filed in that court against

12  the FTC.

13      The week of November 9, 2009, the Court issued two orders (Dkt. #22, 24) in which

14  it temporarily postponed the deadlines set forth in the August 19, 2009, Order Setting Initial

15  Case Management Conference and ADR Deadlines, except for those related to ADR, and the

16  deadline to respond to the Complaint; set a schedule for further briefing on whether this

17  action should be delayed pending developments in the D.C. Action; and scheduled a hearing

18  date of December 16, 2009.  On November 17, 2009, the D.C. District Court dismissed the

19  D.C. Action.  Pursuant to a joint motion of the parties (Dkt. #25), on November 23, 2009, the

20  Court entered an Order Setting Initial Schedule (Dkt. #27), which among other deadlines, set

21  January 21, 2010, as the last day to meet and confer regarding initial disclosures, early

22  settlement, and discovery plan, and February 4, 2010, as the last day to file the Rule 26(f)

23  Report, complete initial disclosures or state objection in Rule 26(f) Report, and file a Case

24  Management Statement.

25      On December 2, 2009, Defendants Swish Marketing, Inc., Matthew Patterson, and

26  Jason Strober filed a motion to strike certain portions of the FTC's Complaint.  (Dkt. #34.)

27  On December 8, 2009, Defendant Mark Benning filed a motion to dismiss the Complaint,

28  pursuant to Rules 8 and 9 of the Federal Rules of Civil Procedure. (Dkt. #41.)  On December

22, 2009, the Court entered an order (Dkt. #46) that sets February 10, 2010, as the date on which it will hear argument on these motions, and sets March 31, 2010, as the new date for the Case Management Conference.

**III.    PROPOSED REVISED SCHEDULE**

So that the parties can prepare their initial disclosures, discovery plan, and Case Management Statement after the Court has ruled on the defendants' pending motions regarding the Complaint and after the defendants have filed their answers to the Complaint, the parties propose the following modifications to the initial schedule for this case:

| Current Date | Proposed Date | Event |
|---|---|---|
| 1/21/2010, pursuant to Order Setting Initial Schedule (Dkt. #27) | 3/10/2010 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, and discovery plan |
| 2/04/2010, pursuant to Order Setting Initial Schedule (Dkt. #27) | 3/24/2010 | Last day to:<br>• file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement |

\\
\\
\\
\\
\\
\\
\\

1  **IV.     CONCLUSION**

2         The parties respectfully request that the Court revise the initial schedule as set forth

3  above.

4                                 Respectfully submitted,

5

6                                          /s/ Lisa D. Rosenthal

   DATED: January 20, 2010
7                                   _____
                                    LISA D. ROSENTHAL
                                    KERRY O'BRIEN
8                                   EVAN ROSE

9                                   Attorneys for Plaintiff
                                    FEDERAL TRADE COMMISSION
10
          (The filer attests that concurrence in the filing of this document has been obtained from
11
   each of the other signatories.)
12

13                                         /s/ Michael A. Thurman

   DATED: January 20, 2010
14                                  _____
                                    MICHAEL L. MALLOW
                                    MICHAEL A. THURMAN
15                                  LOEB & LOEB LLP

16                                  Attorneys for Defendants
                                    SWISH MARKETING, INC. and
17                                  MATTHEW PATTERSON

18                                         /s/ Brian Grossman

19 DATED: January 20, 2010
                                    _____
20                                  BRIAN GROSSMAN
                                    TESSER & RUTTENBERG

21                                  Attorneys for Defendants
                                    SWISH MARKETING, INC.,
22                                  MATTHEW PATTERSON, and
                                    JASON STROBER
23

24                                         /s/ Linda L. Northrup

25 DATED: January 20, 2010
                                    _____
26                                  LINDA L. NORTHRUP
                                    NORTHRUP SCHLUETER, APLC

27                                  Attorney for Defendant
                                    JASON STROBER
28

**Motion to Revise Initial Schedule - C09-03814 RS**                          **Page 5 of 9**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: January 20, 2010

/s/ Daniel J. Bergeson

_____

DANIEL J. BERGESON
ELIZABETH D. LEAR
DONALD P. GAGLIARDI
BERGESON, LLP

Attorneys for Defendant
MARK BENNING

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 01/20/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1
2

### DECLARATION OF BRIAN M. GROSSMAN

3    I, BRIAN M. GROSSMAN, Declare as follows:

4        1.      I am an attorney at law, duly licensed and admitted to practice before the United
5    States District Court for the Northern District of California.  I am an attorney with Tesser &
6    Ruttenberg, co-counsel of record for defendants Swish Marketing, Inc., Matthew Patterson
7    and Jason Strober in the above-captioned action.  I make this Declaration in support of the
8    foregoing Stipulated Motion to Revise Initial Schedule.  I have personal knowledge of each
9    of the following facts, and would and could competently testify thereto if called upon to do
10   so in a court of law.

11       2.      **Reasons for the requested enlargement of time (Local Rule 6-2(1)):**  The
12   current deadlines to meet and confer regarding initial disclosures and discovery, and to
13   complete initial disclosures and to file a Case Management Statement will take place before
14   the Court makes a determination regarding the Motion to Strike filed by defendants Swish
15   Marketing, Inc., Matthew Patterson and Jason Strober, as well as the Motion to Dismiss filed
16   by defendant Mark Benning.  The parties believe that it will be difficult to comply with these
17   initial deadlines before learning how the Court will rule on the defendants' motions and
18   before the defendants submit their answers to the Complaint.  Thus, the parties respectfully
19   request that these initial deadlines be extended, to be in line with the Initial Case Management
20   Conference set for March 31, 2010.

21       3.      **Disclosure of all previous time modifications (Local Rule 6-2(2)):**  The FTC
22   filed its Complaint (Dkt. #1) in this matter on August 19, 2009.  On the same day, the Court
23   issued its Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4),
24   which set November 25, 2009, as the deadline for the parties to meet and confer about initial
25   disclosures, early settlement, and a discovery plan, and to reach an agreement regarding ADR;
26   December 9, 2009, as the deadline for the parties to file the Rule 26(f) Report, complete initial
27   disclosures, and file a Case Management Statement; and December 16, 2009, as the date for
28   the Initial Case Management Conference.

**Motion to Revise Initial Schedule - C09-03814 RS**                    **Page 7 of 9**

1    4.    Defendants' initial deadline to respond to the Complaint was October 19, 2009.

2    On October 8, 2009, the parties agreed to extend that deadline until November 19, 2009.

3    (Dkt. #17.)  On November 4, 2009, Defendants filed a Motion to Enlarge Time to Respond

4    to the Complaint [L.R. 6-1(B) and 6-3] (Dkt. #19), which the FTC opposed (Dkt. #20).

5    Defendants' motion sought to enlarge the deadline for responding to the FTC Complaint until

6    three weeks after the D.C. District Court ruled on a pending motion filed by the FTC to

7    dismiss an action for declaratory relief that certain defendants had filed in that court against

8    the FTC.

9    5.    The week of November 9, 2009, the Court issued two orders (Dkt. #22, 24) in

10   which it temporarily postponed the deadlines set forth in the August 19, 2009, Order Setting

11   Initial Case Management Conference and ADR Deadlines, except for those related to ADR,

12   and the deadline to respond to the Complaint; set a schedule for further briefing on whether

13   this action should be delayed pending developments in the D.C. Action; and scheduled a

14   hearing date of December 16, 2009.   On November 17, 2009, the D.C. District Court

15   dismissed the D.C. Action.  Pursuant to a joint motion of the parties (Dkt. #25), on November

16   23, 2009, the Court entered an Order Setting Initial Schedule (Dkt. #27), which among other

17   deadlines, set January 21, 2010, as the last day to meet and confer regarding initial

18   disclosures, early settlement, and discovery plan, and February 4, 2010, as the last day to file

19   the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and

20   file a Case Management Statement.

21   6.    **Description of the effect the requested time modification would have on the**

22   **schedule for the case (Local Rule 6-2(3)):** Insofar as the Court has already continued the

23   Initial Case Management Conference from February 10, 2010 to March 31, 2010, and insofar

24   as the parties propose to extend the initial deadlines in line with the aforementioned

25   \\

26   \\

27   \\

28   \\

**Motion to Revise Initial Schedule - C09-03814 RS**                    **Page 8 of 9**

extension of the Initial Case Management Conference, the parties do not believe that the requested time modification will have an effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 20, 2010, at Los Angeles, California.


/s/ Brian M. Grossman

_____
BRIAN M. GROSSMAN