*E-Filed 4/6/10*

1  WILLARD K. TOM
   General Counsel
2
   LISA D. ROSENTHAL, Bar # 179486
3  KERRY O'BRIEN, Bar # 149264
   EVAN ROSE, Bar # 253478
4  ERIC D. EDMONDSON, D.C. Bar # 450294
   Federal Trade Commission
5  901 Market Street, Ste. 570
   San Francisco, CA  94103
6  (415) 848-5100 (voice)
   (415) 848-5184 (fax)
7  lrosenthal@ftc.gov
   kobrien@ftc.gov
8  erose@ftc.gov

9  Attorneys for Plaintiff
   Federal Trade Commission
10

11
                  UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
                       San Jose Division
13

14
   FEDERAL TRADE COMMISSION,              Case No. C09-03814 RS
15
          Plaintiff,                      Hearing Date:   TBD
16                                        Hearing Time:   TBD
          v.                              Courtroom:      4, 5th Floor
17
   SWISH MARKETING, INC., a
18 corporation,

19 MARK BENNING, individually and as an   **[xxxxxx] STIPULATED
   officer of SWISH MARKETING, INC.,      ORDER TO FILE AMENDED
20                                         COMPLAINT UNDER
   MATTHEW PATTERSON, individually        TEMPORARY SEAL**
21 and as an officer of SWISH
   MARKETING, INC., and
22
23 JASON STROBER, individually and as
   an officer of SWISH MARKETING,
24 INC.,

25        Defendants.

26

27

28

**ORDER TO FILE UNDER TEMP. SEAL** - C09-03814 RS

1    **I.      INTRODUCTION AND PROCEDURAL HISTORY**

2           The Federal Trade Commission ("FTC") filed a complaint (Dkt. #1) in this matter

3    on August 19, 2009.  On February 22, 2010, this Court issued an order granting

4    Defendant Mark Benning's motion to dismiss the FTC's complaint as to him.  (Dkt. #60)

5    In the order, the Court granted the Commission leave to amend its Complaint but did not

6    set a deadline by which it needed to do so.  On March 8, 2010, Defendants Swish

7    Marketing, Inc. ("Swish"), Matthew Patterson, and Jason Strober, but not Defendant

8    Benning, filed an administrative motion, requesting that the Court impose a filing

9    deadline for an amended complaint.  (Dkt. #64)  On March 12, 2010, the Court entered an

10   order setting a deadline of April 5, 2010, for the FTC to file an amended complaint as to

11   Defendant Benning.  (Dkt. #69)

12          The parties now stipulate to the filing of the FTC's First Amended Complaint

13   under a temporary seal.  The amended complaint may contain certain material submitted

14   by the defendants pursuant to, or in lieu of, compulsory process.  Pursuant to 16 C.F.R.

15   4.10(g), such material may be disclosed by the FTC in court proceedings.  Prior to

16   disclosure of such material in a proceeding, the FTC must afford the submitter "an

17   opportunity to seek an appropriate protective or in camera order."  *Id.*  The defendants

18   will not have had an opportunity to review the contents of the First Amended Complaint

19   until it has been filed with the Court herewith.  To allow the defendants an opportunity to

20   seek an appropriate protective order over protected material if they so desire, the parties

21   agree to the procedure set forth below.

22
     **II.     PROPOSED PROCEDURE FOR SEEKING AN APPROPRIATE
23              PROTECTIVE ORDER**

24           So that the defendants may seek an appropriate protective order over material that

25   they submitted to the FTC pursuant to, or in lieu of, compulsory process that is contained

26   in the FTC's First Amended Complaint, the parties agree to the filing of the First

27   Amended Complaint under temporary seal, as follows:

28           1.       The defendants shall have until April 19, 2010 to file a motion with the

     **ORDER TO FILE UNDER TEMP. SEAL** - C09-03814 RS                    **Page 2 of 4**

1   Court, seeking an appropriate protective order over material contained in

2   the FTC's First Amended Complaint, pursuant to 16 C.F.R. 4.10(g);

3   2.   The FTC shall have until May 3, 2010, to respond to any such motion filed

4   by any defendant;

5   3.   If no defendant has moved for a protective order by April 19, 2010, then the

6   seal shall automatically be lifted, with no further action required by the

7   Court or any party, and the FTC's First Amended Complaint shall be placed

8   on the public record; and

9   4.   If any defendant has moved for a protective order by April 19, 2010 as to

10  any portion of the First Amended Complaint, then the Complaint shall

11  remain under seal until the Court has issued its ruling on the defendants'

12  motion/s.

13  **IV.    CONCLUSION**

14  The parties respectfully request that the Court temporarily seal the FTC's First

15  Amended Complaint as set forth above.

16

17  Respectfully submitted,

18

19  DATED: April 5, 2010          /s/ Lisa D. Rosenthal
                                  LISA D. ROSENTHAL
20                                KERRY O'BRIEN
                                  EVAN ROSE
21
                                  Attorneys for Plaintiff
22                                FEDERAL TRADE COMMISSION

23  (The filer attests that concurrence in the filing of this document has been obtained

24  from each of the other signatories.)

25

26  DATED: April 5, 2010          /s/ Michael A. Thurman
                                  MICHAEL L. MALLOW
27                                MICHAEL A. THURMAN
                                  LOEB & LOEB LLP
28

**ORDER TO FILE UNDER TEMP. SEAL** - C09-03814 RS          **Page 3 of 4**

1

2
                     Attorneys for Defendants
SWISH MARKETING, INC. and
MATTHEW PATTERSON

3

DATED: April 5, 2010           __/s/ Brian Grossman____

4
                     BRIAN GROSSMAN
TESSER & RUTTENBERG

5

                     Attorneys for Defendants

6
                     SWISH MARKETING, INC.,
MATTHEW PATTERSON, and

7
                     JASON STROBER

8

DATED: April 5, 2010           __/s/ Donald P. Gagliardi___

9
                     DONALD P. GAGLIARDI
ELIZABETH D. LEAR

10
                     BERGESON, LLP

11
                     Attorneys for Defendant
MARK BENNING

12

13

14

15

PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

DATED: 4/5/10

18
                     _____

19
                     RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**ORDER TO FILE UNDER TEMP. SEAL** - **C09-03814 RS**        **Page 4 of 4**