*E-Filed 04/19/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK BENNING, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-03814 RS<br><br>**ORDER DENYING STIPULATION TO SEAL PARTIALLY FIRST AMENDED COMPLAINT** |

On April 16, 2010, the parties filed a stipulation to seal certain paragraphs in the First Amended Complaint ("FAC"). The parties reference paragraphs 39, 48 and 54 in their stipulation; these paragraphs allege income information concerning defendants Benning, Patterson and Strober. While defendants cite to the general right of privacy grounded in the California Constitution, this is not a sufficient basis to seal the information contained in the referenced paragraphs in this court. Materials filed in the docket of the federal court are presumptively available for public review. Therefore, plaintiffs shall file the unsealed FAC on or before April 20, 2010.

IT IS SO ORDERED.

Dated:  04/19/2010

1

No. C 09-03814 RS
ORDER

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE