*E-Filed 4/26/10*

1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  MICHAEL THURMAN (SBN 123303)
   mthurman@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:   310-282-2200

6  Attorneys for Defendants
   SWISH MARKETING, INC. and
7  MATTHEW PATTERSON

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12

13 FEDERAL TRADE COMMISSION,        )   Case No.  C09 03814 RS
                                    )
14          Plaintiff,               )
                                    )
15     v.                            )   Date: June 10, 2010
                                    )   Time: 10:00 a.m.
16 SWISH MARKETING, INC., a         )   Ctrm: 3, 17th Floor
   corporation, MARK BENNING,       )
17 individually and as an officer of SWISH )   **STIPULATION AND ORDER RE**
   MARKETING, INC., MATTHEW         )   **CHANGE OF DATE OF CASE**
18 PATTERSON, individually and as an )   **MANAGEMENT CONFERENCE**
   officer of SWISH MARKETING, INC., )
19 and JASON STROBER, individually  )
   and as an officer of SWISH       )
20 MARKETING, INC.,                 )
                                    )
21          Defendants.              )

22

23

24

25

26

27

28

LA1955459.1
213782-10001                       1

STIPULATION AND ORDER RE CHANGE OF
DATE OF CASE MANAGEMENT CONFERENCE

1  Pursuant to Local Rule 6-2(a), the parties to this action hereby stipulate that,
2  with the leave of the Court, the Case Management Conference, which was
3  previously scheduled for April 29, 2010, be changed to June 10, 2010, at 10:00 a.m.
4  in Courtroom 3 on the Seventeenth Floor of the above-entitled Court, located at 450
5  Golden Gate Avenue, San Francisco, California.
6  SO STIPULATED.

| | |
|---|---|
| Dated: April 26, 2010 | LOEB & LOEB LLP |
| | By: ____/s/____<br>Michael L. Mallow<br>Michael A. Thurman |
| | Attorneys for Plaintiffs<br>Swish MARKETING, INC. AND<br>MATTHEW PATTERSON |
| Dated: April 26, 2010 | TESSER & RUTTENBERG |
| | By: ____/s/____<br>Brian Grossman<br>Attorneys for Plaintiff JASON STROBER |
| Dated: April 26, 2010 | BERGESON, LLP |
| | By: ____/s/____<br>Daniel J. Bergeson<br>Elizabeth D. Lear<br>Donald P. Gagliardi<br>Attorneys for Defendant MARK BENNING |
| Dated: April 26, 2010 | FEDERAL TRADE COMMISSION |
| | By: ____/s/____<br>Lisa D. Rosenthal<br>Eric Edmundson<br>Kerry O'Brien<br>Evan Rose<br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |

**ORDER**

Pursuant to the Stipulation by all parties in this action, the Case Management Conference, which was previously scheduled for April 29, 2010, shall be changed to June 10, 2010, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2010

_____
Hon. Richard G. Seeborg
United States ~~Magistrate~~ Judge
District