*E-Filed 6/3/10*

1   BRIAN M. GROSSMAN (SBN 166681)
    TESSER & RUTTENBERG
2   12100 Wilshire Boulevard, Suite 220
    Los Angeles, California 90025
3   Tel:    (310) 207-4022
    Fax:    (310) 207-4033
4   Email: bgrossman@tesser-ruttenberg.com

5   Attorneys for Defendants
    SWISH MARKETING, INC.,
6   MATTHEW PATTERSON and JASON STROBER

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11

12   FEDERAL TRADE COMMISSION,          )   Case No.: C09 03814 RS
                                        )
13                  Plaintiffs,         )   [Hon. Richard Seeborg]
                                        )
14          vs.                         )   **STIPULATION TO CONTINUE CASE**
                                        )   **MANAGEMENT CONFERENCE;**
15   SWISH MARKETING, INC., a corporation, )   ~~[PROPOSED~~ ORDER];
     MARK BENNING, individually and as an )   **DECLARATION OF BRIAN M.**
16   officer of SWISH MARKETING, INC.,  )   **GROSSMAN IN SUPPORT**
     MATTHEW PATTERSON, individually    )
17   and as an officer of SWISH MARKETING, )
     INC., and JASON STROBER, individually )   Complaint Filed: August 19, 2009
18   and as an officer of SWISH MARKETING, )
     INC.,                              )   Trial Date: None Set
19                                      )
                    Defendants.         )
20                                      )
     _____)
21

22

23

24

25

26

27

28

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (Case No. C09 03814 RS)**

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Motion to Dismiss filed by defendant Mark Benning is set to be heard on June 24, 2010. The Case Management Conference is currently set for June 10, 2010. Insofar as the parties expect to be in Court on June 24, 2010 for the Motion to Dismiss, and counsel for defendants Jason Strober, Matthew Patterson and Swish Marketing, Inc. are located in Los Angeles, the parties jointly and respectfully request that the Case Management Conference be continued to June 24, 2010, so that counsel do not have to make two separate trips to San Francisco within a two-week period.

The parties also note that the Court typically hears motions at 1:30 p.m. and conducts case management conferences at 10:00 a.m. If it is possible for the Court to hear both matters (*i.e.*, Benning's Motion to Dismiss and the Case Management Conference) at 1:30 p.m., the parties would be most grateful.

The filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.


DATED: June 2, 2010                     TESSER & RUTTENBERG
                                        BRIAN M. GROSSMAN


                                        /s/ Brian M. Grossman
                                        _____
                                        BRIAN M. GROSSMAN
                                        Attorney for Defendants
                                        SWISH MARKETING, INC.,
                                        MATTHEW PATTERSON and JASON STROBER

DATED: June 2, 2010                     LISA D. ROSENTHAL
                                        KERRY O'BRIEN
                                        EVAN ROSE


                                        /s/ Kerry O'Brien
                                        _____
                                        KERRY O'BRIEN
                                        Attorney for Plaintiff
                                        FEDERAL TRADE COMMISSION

///

1

DATED: June 2, 2010

LOEB & LOEB LLP
MICHAEL L. MALLOW
MICHAEL A. THURMAN

2

3

4

/s/ Michel L. Mallow

_____
MICHAEL L. MALLOW
Attorney for Defendants
SWISH MARKETING, INC., and
MATTHEW PATTERSON

5

6

7

DATED: June 2, 2010

BERGESON, LLP
DANIEL J. BERGESON
DONALD P. GAGLIARDI
ELIZABETH D. LEAR

8

9

10

/s/ Donald P. Gagliardi

_____
DONALD P. GAGLIARDI
Attorney for Defendant
MARK BENNING

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (Case No. C09 03814 RS)**
- 2 -

1

**ORDER**

2

3          Pursuant to the Stipulation by all parties in this action, the Case Management Conference,

4    which was previously scheduled for June 10, 2010, is hereby continued to June 24, 2010 at

5    1:30 p.m. _____.

6

7    DATED:_ 6/2/10 _____

8                                        RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28