WILLARD K. TOM
General Counsel

LISA D. ROSENTHAL, Bar # 179486
KERRY O'BRIEN, Bar # 149264
EVAN ROSE, Bar # 253478
ERIC EDMONDSON, D.C. Bar # 450294
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
lrosenthal@ftc.gov
kobrien@ftc.gov
erose@ftc.gov
eedmondson@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SWISH MARKETING, INC., a corporation,<br><br>MARK BENNING, individually and as an officer of SWISH MARKETING, INC.,<br><br>MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and<br><br>JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,<br><br>    Defendants. | Case No. C09-03814 -RS<br><br>Hearing Date:  October 7, 2010<br>Hearing Time:  1:30 p.m.<br>Courtroom:     3, 17th Floor<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d), Plaintiff the Federal Trade Commission submits this Statement of Recent Decision to bring to the Court's attention the United States District Court for the Northern District of California's recent decision in *FTC v. Inc21.com Corp.,* Case No.

**PLAINTIFF'S STATEMENT OF RECENT DECISION - C09 3814 RS**

1 | 3:10-cv-00022-WHA (Dkt # 162) (N.D. Cal., Sept. 21, 2010).  Attached hereto as Exhibit A is a
2 | copy of that opinion.
3 |
4 | DATED:                                       /s/ Kerry O'Brien
5 |                                   LISA D. ROSENTHAL
                                  KERRY O'BRIEN
6 |                                   EVAN ROSE
                                  ERIC EDMONDSON
7 |
8 |                                   Attorneys for Plaintiff
                                  FEDERAL TRADE COMMISSION

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S STATEMENT OF RECENT DECISION - C09 3814 RS**            Page 2 of 2