*E-Filed 10/12/10*

WILLARD K. TOM
General Counsel

LISA D. ROSENTHAL, Bar # 179486
KERRY O'BRIEN, Bar # 149264
EVAN ROSE, Bar # 253478
ERIC EDMONDSON, D.C. Bar # 450294
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA 94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
lrosenthal@ftc.gov
kobrien@ftc.gov
erose@ftc.gov
eedmondson@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. C09-03814 -RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE** |
| SWISH MARKETING, INC., a corporation, | |
| MARK BENNING, individually and as an officer of SWISH MARKETING, INC., | |
| MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and | |
| JASON STROBER, individually and as an officer of SWISH MARKETING, INC., | |
| Defendants. | |

On July 12, 2010, this Court entered a Scheduling Order in this case setting November 24, 2010, as the last date for all non-expert discovery. Since the initial scheduling conference, the parties have engaged in extensive discovery efforts. However, to accommodate the

**STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**

availability of counsel, to facilitate the remaining discovery, and to provide the parties sufficient time to engage in settlement talks, the parties request that the Court extend the discovery schedule in accordance with the table below.  The proposed discovery schedule takes into account the difficulty of scheduling depositions during the winter holidays.  This motion is the first request for an extension of time relating to the discovery schedule.

| Matter | Original Date | Proposed Date |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | 11/24/10 | 1/28/10 |
| FTC's Designation of Expert Testimony and Reports | 12/3/10 | 2/7/10 |
| Defendants' Designation of Expert Testimony and Reports | 12/31/10 | 3/7/10 |
| Expert Discovery Cut-Off | 2/28/10 | 5/4/10 |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:      10/8/2010             /s/ Lisa D. Rosenthal
                                  LISA D. ROSENTHAL
                                  KERRY O'BRIEN
                                  EVAN ROSE
                                  ERIC D. EDMONDSON

                                  Attorneys for Plaintiff
                                  FEDERAL TRADE COMMISSION

(The filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.)

DATED:      10/8/2010             /s/ Brian Grossman
                                  BRIAN GROSSMAN
                                  TESSER & RUTTENBERG

                                  Attorneys for Defendants
                                  SWISH MARKETING, INC.,
                                  MATTHEW PATTERSON, and
                                  JASON STROBER

**STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**         Page 2 of 3

DATED: 10/8/2010   /s/ Jay Fowler
DANIEL J. BERGESON
JAY FOWLER
ELIZABETH D. LEAR
BERGESON, LLP

Attorneys for Defendant
MARK BENNING

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 10/12/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE