1  WILLARD K. TOM
   General Counsel
2
   LISA D. ROSENTHAL, Bar # 179486
3  KERRY O'BRIEN, Bar # 149264
   EVAN ROSE, Bar # 253478
4  ERIC EDMONDSON, D.C. Bar # 450294
   Federal Trade Commission
5  901 Market Street, Ste. 570
   San Francisco, CA 94103
6  (415) 848-5100 (voice)
   (415) 848-5184 (fax)
7  lrosenthal@ftc.gov
   kobrien@ftc.gov
8  erose@ftc.gov
   eedmondson@ftc.gov
9
   Attorneys for Plaintiff
10 Federal Trade Commission

11

12            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13                   SAN JOSE DIVISION

14

| | |
|---|---|
| 15  FEDERAL TRADE COMMISSION, | Case No. C09-03814 -RS |
| 16       Plaintiff, | [Magistrate Judge Joseph C. Spero] |
| 17       v. | **STIPULATION AND** |
| 18  SWISH MARKETING, INC., a corporation, | **[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| 19  MARK BENNING, individually and as an officer of SWISH MARKETING, INC., | |
| 20  | |
| 21  MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and | |
| 22  | |
| 23  JASON STROBER, individually and as an officer of SWISH MARKETING, INC., | |
| 24  | |
| 25       Defendants. | |

26      Plaintiff Federal Trade Commission, and defendants Swish Marketing, Inc., Jason
27 Strober, Matthew Patterson and Mark Benning, by and through their respective counsel of
28 record, hereby request that the October 12, 2010 Settlement Conference be continued to

**STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**

1  November 15, 2010 at 9:30 a.m.  The reason for this request for a continuance is that the Federal
2  Trade Commission did not receive a written response to its demand from defendant Swish
3  Marketing, Inc. eight days prior to the scheduled conference, as contemplated by the Notice of
   Settlement Conference and Settlement Conference Order (Dkt #107).
4
5       If the parties choose to provide the Court with an updated settlement statement, they
   agree to do so no later than one week prior to the conference.
6
7       The filer attests that concurrence in the filing of this document has been obtained from
   each of the other signatories.
8
9      **IT IS SO STIPULATED.**
10                                                    Respectfully submitted,

11 DATED:    10/8/2010                 /s/ Lisa D. Rosenthal
12                                  LISA D. ROSENTHAL
                                    KERRY O'BRIEN
13                                  EVAN ROSE
                                    ERIC D. EDMONDSON
14
                                    Attorneys for Plaintiff
15                                  FEDERAL TRADE COMMISSION

16

17 DATED:    10/8/2010                 /s/ Brian Grossman
18                                  BRIAN GROSSMAN
                                    TESSER & RUTTENBERG
19
                                    Attorneys for Defendants
20                                  SWISH MARKETING, INC.,
                                    MATTHEW PATTERSON, and
21                                  JASON STROBER

22 DATED:    10/8/2010                 /s/ Jay Fowler
23                                  DANIEL J. BERGESON
                                    JAY FOWLER
24                                  ELIZABETH D. LEAR
                                    BERGESON, LLP
25
                                    Attorneys for Defendant
26                                  MARK BENNING

27

28

**STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**        Page 2 of 3

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 10/12/10



_____
JOSEPH C. S[PERO]
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**     Page 3 of 3