WILLARD K. TOM
General Counsel

LISA D. ROSENTHAL, Bar # 179486
KERRY O'BRIEN, Bar # 149264
EVAN ROSE, Bar # 253478
ERIC EDMONDSON, D.C. Bar # 450294
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
lrosenthal@ftc.gov
kobrien@ftc.gov
erose@ftc.gov
eedmondson@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SWISH MARKETING, INC., a corporation,<br><br>MARK BENNING, individually and as an officer of SWISH MARKETING, INC.,<br><br>MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and<br><br>JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,<br><br>    Defendants. | Case No. C09-03814 -RS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO SUSPEND AND REVISE DISCOVERY SCHEDULE** |

Pursuant to Local Rule 6-2, the parties, by and through their respective attorneys, hereby stipulate to and respectfully request this Court suspend and revise the discovery schedule in this case so that the FTC may consider proposed settlements with the remaining individual

**2nd STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**

defendants.

1. On November 19, 2010, the parties participated in a settlement conference with Magistrate Judge Spero.

2. During that settlement conference and over the past several weeks, the parties have made great progress towards resolving this matter as it relates to the remaining individual defendants, Mark Benning and Matthew Patterson. As a result of those talks, defendants Benning and Patterson have signed stipulated final judgments that would resolve this case as to them. Those settlements have not been formally approved by the Commission. If approved, the parties anticipate that they will seek only limited additional fact discovery, if any.

3. At this time, the FTC and defendant Swish Marketing, Inc., do not expect to reach a settlement in this matter. The FTC plans to file a motion for summary judgment as to defendant Swish Marketing, Inc.

4. The parties hereby request the Court suspend temporarily discovery in this matter so that the Commission may review the proposed settlements with defendants Benning and Patterson.

5. Thus, the parties request that the Court modify the discovery schedule in accordance with the table below.

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Non-Expert Discovery Resumes | N/A | 2/28/2011 |
| Non-Expert Discovery Cut-Off | 1/28/2011 | 4/14/2011 |
| FTC's Designation of Expert Testimony and Reports | 2/7/2011 | 4/25/2011 |
| Defendants' Designation of Expert Testimony and Reports | 3/7/2011 | 5/23/2011 |
| Expert Discovery Cut-Off | 5/4/2011 | 7/19/2011 |

6. This motion is the second request for an extension of time relating to the discovery schedule.

1  **IT IS SO STIPULATED.**

2                                    Respectfully submitted,

3  DATED:  January 11, 2011            /s/ Lisa D. Rosenthal
                                      LISA D. ROSENTHAL
4                                     KERRY O'BRIEN
                                      EVAN ROSE
5                                     ERIC D. EDMONDSON

6                                     Attorneys for Plaintiff
                                      FEDERAL TRADE COMMISSION
7

8       (The filer attests that concurrence in the filing of this document has been obtained from
9  each of the other signatories.)

10

11 DATED:  January 11, 2011            /s/ Brian Grossman
                                      BRIAN GROSSMAN
12                                    TESSER & RUTTENBERG

13                                    Attorneys for Defendants
                                      SWISH MARKETING, INC.,
14                                    MATTHEW PATTERSON, and
                                      JASON STROBER
15

16 DATED:  January 11, 2011            /s/ Jay Fowler
                                      DANIEL J. BERGESON
17                                    JAY FOWLER
                                      ELIZABETH D. LEAR
18                                    BERGESON, LLP

19                                    Attorneys for Defendant
                                      MARK BENNING
20

21

22
   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
23

24

25 DATED:  1/12/11                     _____
                                      RICHARD SEEBORG
26                                    UNITED STATES DISTRICT JUDGE

27

28

**2nd STIPULATION TO EXTEND DISCOVERY SCHEDULE - C09 3814 RS**        Page 3 of 3