WILLARD K. TOM
General Counsel

LISA D. ROSENTHAL, Bar # 179486
KERRY O'BRIEN, Bar # 149264
EVAN ROSE, Bar # 253478
ERIC EDMONDSON, D.C. Bar # 450294
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
lrosenthal@ftc.gov
kobrien@ftc.gov
erose@ftc.gov
eedmondson@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SWISH MARKETING, INC., a corporation,<br><br>MARK BENNING, individually and as an officer of SWISH MARKETING, INC.,<br><br>MATTHEW PATTERSON, individually and as an officer of SWISH MARKETING, INC., and<br><br>JASON STROBER, individually and as an officer of SWISH MARKETING, INC.,<br><br>    Defendants. | Case No. C09-03814 -RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 6-2, the parties, by and through their respective attorneys, hereby stipulate to and respectfully request this Court continue the Case Management Conference

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C09 3814 RS**

scheduled for March 3, 20011, and corresponding Joint Case Management Statement, so that the FTC may finalize its consideration of proposed settlements with the remaining individual defendants.

1. On November 19, 2010, the parties participated in a settlement conference with Magistrate Judge Spero.

2. During that settlement conference and over the subsequent weeks, the parties made great progress towards resolving this matter as it relates to the remaining individual defendants, Mark Benning and Matthew Patterson. As a result of those talks, defendants Benning and Patterson have signed stipulated final judgments that would resolve this case as to them. Those settlements have not been formally approved by the Commission. If approved, the parties anticipate that they will seek only limited additional fact discovery, if any.

3. At this time, the FTC and defendant Swish Marketing, Inc., do not expect to reach a settlement in this matter. The FTC plans to file a motion for summary judgment as to defendant Swish Marketing, Inc.

4. To allow the Commission an opportunity to review the proposed settlements, the parties filed a stipulation and proposed order continuing the pending discovery deadlines, which the Court entered on January 12, 2011 ("January Stipulation") (Dkt. #133).

5. The Commission is now finalizing its review of the proposed settlements.

6. In the Case Management Scheduling Order (Dkt. #103) entered on July 12, 2010, the Court scheduled a Case Management Conference on March 3, 2011, and ordered the parties to file a Joint Case Management Statement one week prior. The parties inadvertently failed to seek a continuance of these dates in the January Stipulation.

7. Consistent with the discovery schedule set forth in the January Stipulation, in which the date to complete expert discovery is July 19, 2011, the parties respectfully request that the Court continue the Case Management Conference until July 21, 2011. The parties further request that the date by which to file a Joint Case Management Statement be continued to July 14, 2011, one week prior.

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3  DATED:   March 1, 2011                      /s/ Lisa D. Rosenthal
                                                LISA D. ROSENTHAL
4                                               KERRY O'BRIEN
                                                EVAN ROSE
5                                               ERIC D. EDMONDSON

6                                               Attorneys for Plaintiff
                                                FEDERAL TRADE COMMISSION
7

8        (The filer attests that concurrence in the filing of this document has been obtained from

9  each of the other signatories.)

10

11 DATED:   March 1, 2011                       /s/ Brian Grossman
                                                BRIAN GROSSMAN
12                                              TESSER & RUTTENBERG

13                                              Attorneys for Defendants
                                                SWISH MARKETING, INC.,
14                                              MATTHEW PATTERSON, and
                                                JASON STROBER
15

16 DATED:   March 1, 2011                       /s/ Jay Fowler
                                                DANIEL J. BERGESON
17                                              JAY FOWLER
                                                ELIZABETH D. LEAR
18                                              BERGESON, LLP

19                                              Attorneys for Defendant
                                                MARK BENNING
20

21

22
          **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
23

24                                              [signature]

25 DATED:   3/1/11                              _____
                                                RICHARD SEEBORG
26                                              UNITED STATES DISTRICT JUDGE

27

28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C09 3814 RS**
                                                                    **Page 3 of 3**